UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00035-MOC

| | | |
|---|---|---|
| **PATRICIA KING GERLEIT** | ) | |
| **THOMAS R. KING,** | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **WELLS FARGO BANK, N.A.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on a joint Motion to Amend the Pretrial Order in this case (#15). Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that joint Motion to Amend the Pretrial Order in this case (#15) is GRANTED, and the deadlines are **AMENDED** as follows:

| DEADLINES AT A GLANCE | | |
|---|---|---|
| | **Current Deadline** | **Proposed Amended Deadline** |
| Discovery Completion | March 31, 2017 | May 3, 2017 |
| Plaintiffs' Expert Reports | December 9, 2016 | January 27, 2017 |
| Defendant's Expert Reports | February 3, 2017 | March 24, 2017 |
| Rebuttal Expert Disclosure | March 10, 2017 | April 19, 2017 |
| Rule 26(e) Supplementations | March 24, 2017 | May 3, 2017 |
| Mediation | May 5, 2017 | May 10, 2017 |
| Dispositive Motions | May 5, 2017 | May 10, 2017 |
| Ready Date for Trial | August 1, 2017 | August 1, 2017 |

Signed: December 1, 2016

Max O. Cogburn Jr
United States District Judge