UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-00035-MOC

| | | |
|---|---|---|
| **THOMAS R. KING** | ) | |
| **PATRICIA KING GERLEIT,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **WELLS FARGO BANK, N.A.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the parties' Joint Motion to Set a Date Certain for Trial (#19). Having considered the Motion and reviewed the pleadings, the court enters the following Order. The Motion asks the court to set a date certain for trial. The court will address the trial term as the calendar date approaches as cases are calendared therefor. Trial will occur as cases are calendared for the civil term.

**ORDER**

**IT IS, THEREFORE, ORDERED** that parties' Joint Motion to Set a Date Certain for Trial (#19) is **DENIED**.

Signed: March 17, 2017



Max O. Cogburn Jr
United States District Judge